IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : CASE NUMBER 7:08-CR-00004 |
| VS. | : |
| | : |
| LONNIE CURTIS CASON, | : |
| | : |
| Defendant, | : |
| | : |
| AND | : |
| | : |
| FIRST FEDERAL BANK OF FLORIDA | : |
| | : |
| Garnishee. | : |

GARNISHEE ORDER

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the sum of $23,160.34.

The United States and the Defendant, through his Attorney Ryan J. Peters, have agreed to garnish the defendant's account in the amount of $3,500.00 and have established a monthly payment agreement.

IT IS ORDERED that garnishee pay the sum of $3,500.00 to plaintiff to be applied toward Defendant's indebtedness to Plaintiff in the above-referenced case.

SO ORDERED, this 19th day of February, 2014.

*s/ Hugh Lawson*
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA